1048

JOSEPH A. JURICH, *Respondent*, v. GLENDA M.
DAWSON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 79–2–07971–5, Horton Smith, J., entered April
15, 1981. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Petrie, J., concurred in by Worswick,
A.C.J., and Reed, J.

SINGA KRISHNAMOORTI, ET AL, *Appellants*, v. WAYNE
E. DOTSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 296143, Robert A. Jacques, J., entered October
2, 1981. *Remanded* by unpublished opinion per Reed, J.,
concurred in by Worswick, A.C.J., and Petrie, J.

INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 701,
ET AL, *Respondents*, v. CAPITOL DEVELOPMENT
CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for Cow-
litz County, No. 49966, Alan R. Hallowell, J., entered
March 27, 1981. *Affirmed in part* and *reversed in part* by
unpublished opinion per Petrie, J., concurred in by Wors-
wick, A.C.J., and Reed, J.